**Order entered March 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01479-CR

### JUAN TINOCO BARAJAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81738-2019**

### ORDER

Before the Court is court reporter LaTresta Ginyard's March 11, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by March 17, 2020.

/s/ BILL PEDERSEN, III
JUSTICE